# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MICHELLE STRICKLAND,

     Plaintiff,

v.

1825 BRENTWOOD ROAD, INC., and
DOLLAR TREE STORES, INC., d/b/a
DOLLAR TREE #6265,

     Defendant.

CASE NO.: 6:22-CV-02350-CEM-LHP

## JOINT NOTICE OF SETTLEMENT

Plaintiff, MICHELLE STRICKLAND, and Defendants 1825 BRENTWOOD ROAD, INC. and DOLLAR TREE STORES, INC., pursuant to Local Rule 3.09(a), hereby notify this Honorable Court the Parties have reached an agreement to settle this matter, with each Party to bear her or its own fees and costs. The Parties are in the process of finalizing the settlement agreement and will file a Joint Stipulation for Dismissal with Prejudice upon its execution.

Dated:        April 17, 2023                    Respectfully submitted,

*/s/ Joe M. Quick*                              */s/ Kimberly R. Rivera*

Joe M. Quick, Esquire                           Jessica T. Travers, Esquire
Fla. Bar No. 0883794                            Fla. Bar No. 18129
Email:  JMQuickEsq@gmail.com                    Email:  jtravers@littler.com
                                                Kimberly R. Rivera, Esquire
LAW OFFICE OF JOE QUICK, ESQ.                   Fla. Bar No.:  124822
1224 S. Peninsula Drive #619                    Email: krivera@littler.com
Daytona Beach, Florida 32118
Telephone: 386.212.3591                         LITTLER MENDELSON P.C.
                                                111 North Orange Avenue
Attorney for Plaintiff                          Suite 1750
                                                Orlando, FL  32801.2366
                                                Telephone:    407.393.2900
                                                Facsimile:    407.393.2929

                                                Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of April, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a copy via email to the following:  Joe M. Quick, Esquire, Law Offices of Joe M. Quick, P.A., 1224 S. Peninsula Drive, Suite 619, Daytona Beach, Florida 32118, email: joemquickesq@gmail.com.

                                        */s/ Kimberly R. Rivera*
                                        Kimberly R. Rivera

2